IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLGA CALDERON, CESAR AVALOS, ROMAN CARRILLO, RAUL ESCOBAR, FLORENTINO ARANDA, PEDRO ARANDA, MANUEL CHIMBORAZO, MIGUEL MOLINA, and ANDRES ESPARZA on behalf of themselves and others similarly situated, | Case No. 1:19-cv-3136 |
| | Hon. John Z. Lee |
| Plaintiffs, | Mag. Judge Sunil Harjani |
| v. | |
| D'AGOSTINO'S PIZZA WRIGLEYVILLE, INC., D'AGOSTINO'S PIZZERIA II, INC., JOSEPH D'AGOSTINO, and SCOTT D'AGOSTINO, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO MAKE THE SECOND AND FINAL SETTLEMENT PAYMENT AND TO EXTEND TIME TO ALLOW <u>PLAINTIFFS TO REINSTATE THE CASE</u>**

Defendants, D'Agostino's Pizza Wrigleyville, Inc., D'Agostino's Pizzeria II, Inc., Joseph D'Agostino, and Scott D'Agostino ("Defendants"), by and through their attorneys, hereby move this Honorable Court for extension of time to make the second and final installment of the settlement payment and extension of the Court's January 15, 2020 order giving Plaintiffs until April 29, 2020 to reinstate the case for purposes of enforcing the parties Settlement Agreement. In support of their Motion, Defendants state as follows:

1. On January 15, 2020, the Court entered an order approving the Settlement Agreement between Plaintiffs and Defendants. Dkt. 55.

1

2. The Settlement Agreement provides that Defendants would make the settlement payment in two installments with the second and final installment due by April 13, 2020. The Court's Order also provided that the case would be initially dismissed without prejudice and that Plaintiffs would have until April 29, 2020 to reinstate the case otherwise the dismissal would automatically convert to a dismissal with prejudice. *See* Dkt. 55 ¶ 5.

3. Defendants made the first installment of the settlement payment and the second and final installment is currently due by April 13, 2020. The corporate Defendants operate restaurants and their ability to make the second and final installment payment by April 13, 2020 has been severely impacted by State of Illinois' closure of dine-in restaurants that went into effect on March 16, 2020 and is currently set to end on April 7, 2020 (following the Illinois Governor's March 20, 2020 Stay-at-Home Order).

4. As a result, Defendants need an additional month to make the second and final installment payment. Defendants request an extension from April 13, 2020 to May 13, 2020 to make the second and final installment payment. Additionally, Defendants request that the Court extend the time for Plaintiffs to reinstate the case for purposes of enforcing the Settlement Agreement from April 29, 2020 to May 29, 2020.

5. Defendants will make half of the second and final payment on April 13, 2020 and the other half of the second and final payment on May 13, 2020.

6. On March 25, 2020, Plaintiffs' counsel informed Defendants' counsel that Plaintiff does not oppose this Motion.

WHEREFORE, Defendants respectfully request that the Court: (1) grant the Motion; (2) extend the time for Defendants to make the second installment of the settlement payment to May 13, 2020; (3) extend the time for Plaintiffs to reinstate to May 29, 2020, only for purposes of

enforcing the Parties' Settlement Agreement; and (4) any other relief that the Court deems appropriate. A proposed order will be sent to the Court's proposed order e-mail box.

Dated: March 30 2020        Respectfully submitted,

D'AGOSTINO'S PIZZA WRIGLEYVILLE, INC., D'AGOSTINO'S PIZZERIA II, INC., JOSEPH D'AGOSTINO, AND SCOTT D'AGOSTINO

By: s/*Antonio Caldarone*
    One of Their Attorneys

Antonio Caldarone
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479
acaldarone@lanermuchin.com